**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY CASTRELLON,<br><br>                     Petitioner,<br><br>          v.<br><br>JEFF LYNCH,<br><br>                     Respondent. | Case No. EDCV 20-1009-RGK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 1, 2021

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE